RECEIVED
IN MONROE, LA
DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRANDIE WRIGHT, ET AL. | CIVIL ACTION NO. 06-0769 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 15], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 8] is GRANTED, and Plaintiffs' claims against the Louisiana Department of Public Safety and Corrections, Office of State Police, and Bruce Robinson in his official capacity are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 7 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE